## The People of the State of Illinois, Defendant in Error, v. Perry McKinzie, Plaintiff in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Fulton county; the Hon. GEORGE W. THOMPSON, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed October 16, 1914.

### Statement of the Case.

Prosecution by the People of the State of Illinois against Perry McKinzie on a charge of trespass. From a judgment of a justice of the peace, defendant appealed to the Circuit Court. To reverse the judgment of the Circuit Court he prosecutes error.

CHIPERFIELD & CHIPERFIELD, for plaintiff in error.

M. P. RICE, for defendant in error.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. TRESPASS, § 49*—*when evidence sufficient to show.* Where land was rented under an agreement that a part thereof should be kept in hay, the rental of such part to be fixed each year by the price of hay in the vicinity, and a controversy arose between the lessee and the lessor's agent about the price for the hay while a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

part of the tract was in hay, and the agent sold the hay to others and went on the field with them to measure it after the lessee had warned him off and had also posted trespass notices and locked the gates, *held* such agent was guilty of a violation of Hurd's R. S., c. 38, § 266, J. & A. ¶ 3958.

2. CRIMINAL LAW, § 93*—*when arraignment and plea unnecessary on appeal to Circuit Court.* On an appeal to the Circuit Court from the judgment of a justice finding a defendant guilty of a misdemeanor, it is not necessary, under Hurd's R. S., c. 79, art. XVIII, §§ 9, 72, J. & A. ¶¶ 7033, 7038 n, p. 3841 that plaintiff in error be arraigned and a plea of not guilty be entered in the Circuit Court.

THOMPSON, P. J., took no part in the consideration of this case.